**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| KATHERINE BREND-BARNETT, *et al.*, | No. C 06-5504 SBA |
| Plaintiffs, | **ORDER** |
| v. | [Docket Nos. 8, 12] |
| SHURGARD STORAGE CENTERS, INC., *et al.*, | |
| Defendants. | |

Before the Court is defendant Shurgard Storage Centers, LLC's (Shurgard) unopposed motion to dismiss the plaintiffs' complaint [Docket No. 8]. The Court finds this matter appropriate for resolution without a hearing. *See* FED. R. CIV. P. 78. For the reasons that follow, the motion to dismiss is GRANTED.

On August 20, 2007, the defendant submitted the present motion to dismiss, and noticed a hearing for October 2, 2007. The plaintiffs are Susan Silverstone and Katherine Brend-Barnett, whose complaint, filed over a year ago, alleges violations of the Americans with Disabilities Act due to the defendant's purported failure to provide wheelchair access at several of its facilities. The defendant seeks to dismiss based on the plaintiffs' failure to prosecute this action; for failure to comply with the Court's scheduling order; and for lack of standing. Under Local Rule 7-3, "Any opposition to a motion must be served and filed not less than 21 days before the hearing date." N.D. CAL. CIV. LOC. R. 7-3. No opposition or any form of response has been submitted by the plaintiffs. The Court therefore construes the motion to dismiss as unopposed. Accordingly, the motion to dismiss is GRANTED.

The defendant's request for an assessments of costs and fees for $8,850.00 is DENIED without prejudice. If the defendants wish to seek costs and fees, they are directed to employ the procedures set forth in Civil Local Rule 54.

The hearing on the defendant's motion scheduled for October 2, 2007, is VACATED. The defendant's motion to appear at the hearing by telephone [Docket No. 12] is DENIED as moot. The Clerk of Court is directed to close the case file and any pending matters related to it.

1  IT IS SO ORDERED.

2  September 27, 2007                    _____
                                          Saundra Brown Armstrong
3                                         United States District Judge

2